# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00528-CV

**Ava Sue Anderson Vercher, Appellant**

**v.**

**Trimmings, Inc., Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
## NO. 86,041, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 1, 2018. After this Court granted multiple motions requesting an extension of time to file her brief, appellant's brief was due July 31, 2018. In granting the most recent extension, this Court advised appellant that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed: August 14, 2018